UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSE DAVIDA, Individually and on Behalf of Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-14-CA-552-HJB |
| NEWPARK DRILLING FLUIDS, LLC, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiffs' Opposed Motion for Approval of Defendant's Proposed Reduction in Force Communications with Putative Class Members. (Docket Entry 55.) Pursuant to 28 U.S.C. § 636(c), the parties have consented to my jurisdiction to resolve all matters in this case. A hearing was held on this motion on March 4, 2015. In accordance with the Court's ruling at the hearing, Plaintiffs' motion (Docket Entry 55) is **GRANTED**.

It is so **ORDERED**.

**SIGNED** on March 4, 2015.

Henry J. Bemporad
United States Magistrate Judge